IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAWN THOMPSON,                              )
                                            )
       Plaintiff,                           )
                                            )
v.                                          )
                                            )
MICRON TECHNOLOGY, INC.,                    )
MICRON SEMICONDUCTOR                        )
PRODUCTS, INC., CRUCIAL                     )
TECHNOLOGY, INC., NANYA                     )   Civil Action No. 04-10778 JLT
TECHNOLOGY CORPORATION,                     )
NANYA TECHNOLOGY                            )
CORPORATION USA, INFINEON                   )
TECHNOLOGIES AG, INFINEON                   )
TECHNOLOGIES NORTH AMERICA                  )
CORPORATION, MOSEL VITELIC                  )
CORPORATION, MOSEL VITELIC                  )
CORPORATION USA, WINBOND                    )
ELECTRONICS CORPORATION,                    )
WINBOND ELECTRONICS                         )
CORPORATION AMERICA, NEC                    )
ELECTRONICS AMERICA, INC., HYNIX            )
SEMICONDUCTOR INC., HYNIX                   )
SEMICONDUCTOR AMERICA, INC.,                )
SAMSUNG ELECTRONICS CO., LTD,               )
SAMSUNG SEMICONDUCTOR, INC.,                )
ELPIDA MEMORY, INC., AND ELPIDA             )
MEMORY USA, INC.                            )
                                            )
       Defendants.                          )
                                            )
                                            )
_____)

## CORPORATE DISCLOSURE STATEMENT OF
## NEC ELECTRONICS AMERICA, INC.

Pursuant to Local Rule 7.3, defendant NEC Electronics America, Inc. ("NEC") hereby discloses the following information:

<u>Parent corporation</u>: NEC Electronics Corporation.

<u>Publicly held companies owning 10% or more of NEC's stock</u>: None.

By: _____
James S. Dittmar (BBO #126320)
Christopher T. Holding (BBO #600627)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

*Counsel for NEC Electronics America, Inc.*

*Of Counsel*

Robert B. Pringle
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
(415) 371-1200

Dated: April 16, 2004.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Corporate Disclosure Statement has been served this 16th day of April, 2004 upon:

> Kenneth C. Gilman
> John Martland
> GILMAN AND PASTOR, LLP
> Stonehill Corporate Center
> 999 Broadway, Suite 500
> Saugus, MA 01906

_____
Christopher T. Holding

LIBA/1372061.1