IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICRON TECHNOLOGY, INC., )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC., CRUCIAL )<br>TECHNOLOGY, INC., NANYA )<br>TECHNOLOGY CORPORATION, )<br>NANYA TECHNOLOGY )<br>CORPORATION USA, INFINEON )<br>TECHNOLOGIES AG, INFINEON )<br>TECHNOLOGIES NORTH AMERICA )<br>CORPORATION, MOSEL VITELIC )<br>CORPORATION, MOSEL VITELIC )<br>CORPORATION USA, WINBOND )<br>ELECTRONICS CORPORATION, )<br>WINBOND ELECTRONICS )<br>CORPORATION AMERICA, NEC )<br>ELECTRONICS AMERICA, INC., HYNIX )<br>SEMICONDUCTOR INC., HYNIX )<br>SEMICONDUCTOR AMERICA, INC., )<br>SAMSUNG ELECTRONICS CO., LTD, )<br>SAMSUNG SEMICONDUCTOR, INC., )<br>ELPIDA MEMORY, INC., AND ELPIDA )<br>MEMORY USA, INC. )<br>)<br>Defendants. )<br>)<br>) | 04 10778 JLT<br><br>Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF
ELPIDA MEMORY (USA) INC.**

Pursuant to Local Rule 7.3, defendant Elpida Memory (USA) Inc. ("Elpida")

hereby discloses the following information:

<u>Parent corporation</u>: Elpida Memory, Inc.

<u>Publicly held companies owning 10% or more of Elpida's stock</u>: None.

By: _____
James S. Dittmar (BBO #126320)
Christopher T. Holding (BBO #600627)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

*Counsel for Elpida Memory (USA) Inc.*

*Of Counsel*

Robert B. Pringle
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
(415) 371-1200

Dated: April 16, 2004.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Corporate Disclosure Statement has been served this 16th day of April, 2004 upon:

>Kenneth C. Gilman
>John Martland
>GILMAN AND PASTOR, LLP
>Stonehill Corporate Center
>999 Broadway, Suite 500
>Saugus, MA 01906

_____
Christopher T. Holding

LIBA/1372066.1