IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., CRUCIAL TECHNOLOGY, INC., NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA, INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, MOSEL VITELIC CORPORATION, MOSEL VITELIC CORPORATION USA, WINBOND ELECTRONICS CORPORATION, WINBOND ELECTRONICS CORPORATION AMERICA, NEC ELECTRONICS AMERICA, INC., HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD, SAMSUNG SEMICONDUCTOR, INC., ELPIDA MEMORY, INC., AND ELPIDA MEMORY USA, INC.<br><br>　　　　Defendants. | 04 10778 JLT<br><br>Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF
<u>HYNIX SEMICONDUCTOR AMERICA, INC.</u>**

　　　　Pursuant to Local Rule 7.3, defendant Hynix Semiconductor America, Inc.

("Hynix") hereby discloses the following information:

Parent corporation: Hynix Semiconductor, Inc.

Publicly held companies owning 10% or more of Hynix's stock: None.

By: _____
James S. Dittmar (BBO #126320)
Christopher T. Holding (BBO #600627)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

*Counsel for Hynix Semiconductor Corporation America*

*Of Counsel*

Cecil S. Chung
PILLSBURY WINTHROP LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 775-9800

Terrence A. Callan
Albert J. Boro, Jr.
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000

Dated: April 16, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Corporate Disclosure Statement has been served this 16th day of April, 2004 upon:

        Kenneth C. Gilman
        John Martland
        GILMAN AND PASTOR, LLP
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, MA 01906

                                              _____
                                              Christopher T. Holding

LIBA/1372064.1