IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAWN THOMPSON,

    Plaintiff,

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., CRUCIAL TECHNOLOGY, INC., NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA, INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, MOSEL VITELIC CORPORATION, MOSEL VITELIC CORPORATION USA, WINBOND ELECTRONICS CORPORATION, WINBOND ELECTRONICS CORPORATION AMERICA, NEC ELECTRONICS AMERICA, INC., HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD, SAMSUNG SEMICONDUCTOR, INC., ELPIDA MEMORY, INC., AND ELPIDA MEMORY USA, INC.

    Defendants.

04 10778 JLT

Civil Action No. _____

## RULE 7.3(a) CORPORATE DISCLOSURE STATEMENT OF MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND CRUCIAL TECHNOLOGY

Pursuant to Rule 7.3(a) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for defendants Micron

Technology, Inc., Micron Semiconductor Products, Inc., and Crucial Technology certifies that Crucial Technology is an unincorporated division of Micron Semiconductor Products, Inc., that Micron Semiconductor Products, Inc. is a wholly-owned subsidiary of Micron Technology, Inc., and that Micron Technology, Inc. is a publicly-held corporation having, as of September 23, 2003, no publicly-held shareholders owning 10% or more of its stock.

Dated: April 16, 2004

                                                    Douglas K. Mansfield /CTH
Douglas K. Mansfield, BBO# 318320
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

*Counsel for Micron Technology, Inc.,*
*Micron Semiconductor Products, Inc., and*
*Crucial Technology*

*Of counsel*

William J. Baer
Mark R. Merley
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000

Ronald C. Redcay
ARNOLD & PORTER, LLP
777 South Figueroa Street
Los Angeles, CA 90017-2513
(213) 243-4000

Joel S. Sanders
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Rule 7.3(a) Corporate Disclosure Statement of Micron Technology, Inc., Micron Semiconductor Products, Inc., and Crucial Technology, Inc. has been served by mail this 16th day of April, 2004 upon:

>Kenneth C. Gilman
>John Martland
>GILMAN AND PASTOR, LLP
>Stonehill Corporate Center
>999 Broadway, Suite 500
>Saugus, MA 01906

_____
Christopher T. Holding

LIBA/1372284.1