# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DAWN THOMPSON, )
)
Plaintiff, )
)
v. )
)
MICRON TECHNOLOGY, INC., ) Civil Action No. 04 10778 JLT
MICRON SEMICONDUCTOR )
PRODUCTS, INC., CRUCIAL )
TECHNOLOGY, INC., NANYA )
TECHNOLOGY CORPORATION, )
NANYA TECHNOLOGY )
CORPORATION USA, INFINEON )
TECHNOLOGIES AG, INFINEON )
TECHNOLOGIES NORTH AMERICA )
CORPORATION, MOSEL VITELIC )
CORPORATION, MOSEL VITELIC )
CORPORATION USA, WINBOND )
ELECTRONICS CORPORATION, )
WINBOND ELECTRONICS )
CORPORATION AMERICA, NEC )
ELECTRONICS AMERICA, INC., HYNIX )
SEMICONDUCTOR INC., HYNIX )
SEMICONDUCTOR AMERICA, INC., )
SAMSUNG ELECTRONICS CO., LTD, )
SAMSUNG SEMICONDUCTOR, INC., )
ELPIDA MEMORY, INC., AND ELPIDA )
MEMORY USA, INC. )
)
Defendants. )
)
)

## CORPORATE DISCLOSURE STATEMENT OF
## SAMSUNG SEMICONDUCTOR, INC.

Pursuant to Local Rule 7.3, defendant Samsung Semiconductor, Inc. ("Samsung") hereby discloses the following information:

<u>Parent corporation</u>: Samsung Electronics Company, Ltd.

<u>Publicly held companies owning 10% or more of Samsung's stock</u>: None.

By: /s/ Christopher T. Holding
James S. Dittmar (BBO #126320)
Christopher T. Holding (BBO #600627)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

*Counsel for Samsung Semiconductor, Inc.*

*Of Counsel*

Jonathan M. Jacobson
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000

James M. McGinnis
Gary L. Halling
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Phone: (415) 774-3294

Dated: April 16, 2004.

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Corporate Disclosure Statement has been served this 16th day of April, 2004 upon:

>Kenneth C. Gilman
>John Martland
>GILMAN AND PASTOR, LLP
>Stonehill Corporate Center
>999 Broadway, Suite 500
>Saugus, MA 01906

_____
Christopher T. Holding

LIBA/1371972.2