UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., CRUCIAL TECHNOLOGY, INC., NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA, INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, MOSEL VITELIC CORPORATION, MOSEL VITELIC CORPORATION USA, WINBOND ELECTRONICS CORPORATION, WINBOND ELECTRONICS CORPORATION AMERICA, NEC ELECTRONICS AMERICA, INC., HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD, SAMSUNG SEMICONDUCTOR, INC., ELPIDA MEMORY, INC., AND ELPIDA MEMORY USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:04-cv-10778-JLT |

**ASSENTED TO MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Pursuant to Local Rule 83.5.3, Douglas K. Mansfield, a member of the bar of this Court, hereby moves the admission of Joel S. Sanders, a member of the bar of the State of California, to appear and practice in this Court on behalf of the defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Crucial Technology, for all purposes in the captioned matter. The Certificate of Mr. Sanders is attached hereto.

Dated: May 17, 2004

- 2 -

Assented To:

/s/ Daniel D'Angelo                    /s/ Douglas K. Mansfield
Daniel D'Angelo                         Douglas K. Mansfield
BBO# 630321                             BBO# 318320
GILMAN & PASTOR, LLP                    CASNER & EDWARDS, LLP
Stonehill Corporate Center              303 Congress Street
999 Broadway, Suite 500                 Boston, MA 02210
Saugus, MA 021906                       (617) 426-5900
(781) 231-7850

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the counsel for each other party by electronic filing and by first class mail, postage prepaid on May 17, 2004.

/s/ Douglas K. Mansfield
Douglas K. Mansfield

8169.0/318268.1