UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., CRUCIAL TECHNOLOGY, INC., NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA, INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, MOSEL VITELIC CORPORATION, MOSEL VITELIC CORPORATION USA, WINBOND ELECTRONICS CORPORATION, WINBOND ELECTRONICS CORPORATION AMERICA, NEC ELECTRONICS AMERICA, INC., HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD, SAMSUNG SEMICONDUCTOR, INC., ELPIDA MEMORY, INC., AND ELPIDA MEMORY USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:04-cv-10778-JLT |

## CERTIFICATE OF JOEL S. SANDERS

1.  I am Joel S. Sanders of the firm of Gibson, Dunn & Crutcher LLP, San Francisco, California, and I seek admission to the United States District Court for the District of Massachusetts pro hac vice for all purposes in this case.

2.  I am a member of the bar of California. I am also admitted to practice before the United States District Courts for the Northern District of California, the Central District of California, and the Eastern District of California, as well as the United States Court of Appeals for the Ninth Circuit. I am in good standing in the bar of every jurisdiction where I have been admitted to practice.

3.      I am familiar with the local rules of the United States District Court for the District of Massachusetts, and I agree to comply with those rules.

4.      Local counsel will be Douglas K. Mansfield of Casner & Edwards, LLP, 303 Congress Street, Boston, MA 02210.

Dated: April 23, 2004

*/s/ Joel S. Sanders*
Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, 31st Floor
San Francisco, CA 94104
(415) 393-8200

40194028_1.DOC

- 2 -