IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAWN THOMPSON,  )
                )
    Plaintiff,   )
                )
        v.      )
                )
MICRON TECHNOLOGY, INC.,           )
MICRON SEMICONDUCTOR               )
PRODUCTS, INC., CRUCIAL            )
TECHNOLOGY, INC., NANYA            )   Civil Action No. 04-10778-JLT
TECHNOLOGY CORPORATION,            )
NANYA TECHNOLOGY                   )
CORPORATION USA, INFINEON          )
TECHNOLOGIES AG, INFINEON          )
TECHNOLOGIES NORTH AMERICA         )
CORPORATION, MOSEL VITELIC         )
CORPORATION, MOSEL VITELIC         )
CORPORATION USA, WINBOND           )
ELECTRONICS CORPORATION,           )
WINBOND ELECTRONICS                )
CORPORATION AMERICA, NEC           )
ELECTRONICS AMERICA, INC., HYNIX   )
SEMICONDUCTOR INC., HYNIX          )
SEMICONDUCTOR AMERICA, INC.,       )
SAMSUNG ELECTRONICS CO., LTD,      )
SAMSUNG SEMICONDUCTOR, INC.,       )
ELPIDA MEMORY, INC., AND ELPIDA    )
MEMORY USA, INC.                   )
                                   )
    Defendants.                    )
                                   )
                                   )

**CORPORATE DISCLOSURE STATEMENT OF**
<u>**WINBOND ELECTRONICS CORPORATION AMERICA**</u>

Pursuant to Local Rule 7.3, defendant Winbond Electronics Corporation America

("Winbond") hereby discloses the following information:

Parent corporation: Winbond Electronics Corporation.

Publicly held companies owning 10% or more of Winbond's stock: None.

By: _____
James S. Dittmar (BBO #126320)
Christopher T. Holding (BBO #600627)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

*Counsel for Winbond Electronics Corporation America*

*Of Counsel*

William S. Farmer, Jr.
COLLETTE & ERICKSON LLP
555 California Street, Suite 4350
San Francisco, CA 94104-1791
(415) 788-4646

Steven H. Morrissett
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
700 Hansen Way
Palo Alto, CA 94304
(650) 849-6600

Dated: May 12, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Corporate Disclosure Statement has been served this 12th day of May, 2004 upon:

>Kenneth C. Gilman
>John Martland
>GILMAN AND PASTOR, LLP
>Stonehill Corporate Center
>999 Broadway, Suite 500
>Saugus, MA 01906

_____
Christopher T. Holding

LIBA/1372060.1