(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated ............................................................, Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL ............................................................, Defendant(s)

## SUMMONS

To the above named Defendant: NEC ELECTRONICS AMERICA, INC., c/o CT Corporation, 101 Federal Street, Boston, MA (as Resident Agent)

You are hereby summoned and required to serve upon  Peter Lagorio , plaintiff's attorney, whose address is 999 Broadway, Suite 500, Saugus, MA  , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at   Salem   either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the  eighth  day of  March  , in the year of our Lord two thousand  four 

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____MARCH 16___, 20 04, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5): TOGETHER WITH COPIES OF THE TRACKING ORDER AND REQUEST FOR THE PRODUCTION OF DOCUMENTS, BY DELIVERING SAID COPIES TO C.T. CORPORATION SYSTEM, IT'S RESIDENT AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO YVETTTE CONCEPCION, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT 101 FEDERAL STREET, BOSTON, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated:    MARCH 16 , 20 04.

*Barbara L. Bedugnis* [signature]

BARBARA L. BEDUGNIS, CONSTABLE/DISINTERESTED PERSON
ZROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQ., STE. 450, BOSTON, MA. 02108

N.B.    TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

MARCH 16 , 20 04 .

[handwritten annotation: NEC ELECTRONICS AMERICA, INC., c/o CT CORPORATION 101 FEDERAL ST BOS]

---

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated
Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)