Dawn Thompson, et. al., Plaintiff(s)
vs.
Micron Technology, Inc. et al, et. al., Defendant(s)



Service of Process by
### APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

GILMAN & PASTOR
Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

--Crucial Technology, Inc.
Court Case No. 04-0423-A

State of: Idaho ) ss.
County of: Ada )

**Name of Server:** Robert Greene, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 22 day of March, 20 04, at 2:50 o'clock P M

**Place of Service:** at 3475 E. Commercial Court, in Meridian, ID 83642

**Documents Served:** the undersigned served the documents described as:
Summons; Complaints; Requests for Production of Documents; Tracking Orders

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Crucial Technology, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Fred Waddel Director of Sales

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair ____
Approx. Age late 40's ; Approx. Height 5'11" ; Approx. Weight 180

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24 day of March, 20 04

_signature_ 3-22-04
Signature of Server   (Date)

_signature_ Christie Harsh
Notary Public   (Commission Expires)
12/14/05

APS International, Ltd.
APS File #: 064918-0008

CHRISTIE HARSH
NOTARY PUBLIC
STATE OF IDAHO

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated
............................................................................................................................, Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.
............................................................................................................................, Defendant(s)

## SUMMONS

To the above named Defendant: Crucial Technology, Inc.
3475 E. Commercial Street, Meridian, Idaho 83642

You are hereby summoned and required to serve upon ___Peter Lagorio___, plaintiff's attorney, whose address is __999 Broadway, Suite 500, Saugus, MA__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ____Salem____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the Eighth day of March, in the year of our Lord two thousand four

*[signature]*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated: _____, 20___.    _____

N.B.  TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

|  |
|---|
| , 20 . |

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated
Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)