Dawn Thompson, et. al., Plaintiff(s)
vs.
Micron Technology, Inc. et al, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--Mosel Vitelic Corporation (USA)
Court Case No. 04-0423-A

**GILMAN & PASTOR**

Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

State of: _California_ ) ss.
County of: _Santa Clara_ )

Name of Server: _Jack Protheway_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the _18th_ day of _March_ , 20 _04_, at _11:55_ o'clock _a_ M

Place of Service: at _3910 North First Street_ , in _San Jose, CA 95134_

Documents Served: the undersigned served the documents described as:
**Summons; Complaints; Requests for Production of Documents;**
**Tracking Orders**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Mosel Vitelic Corporation (USA)**

By delivering them into the hands of an officer or managing agent whose name and
title is: _Susi Lafo, Administration Executive and_
_Authorized to accept service of process_

Description of
Person Receiving
Documents:

The person receiving documents is/described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _black_ ; Facial Hair ——
Approx. Age _41_ ; Approx. Height _5'3"_ ; Approx. Weight _115 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____ 3-22-04
Signature of Server           (Date)

Subscribed and sworn to before me this
_22nd_ day of _March_ , 20 _04_
_Robina Luis Alves_ , 07/01/05
Notary Public          (Commission Expires)

**APS International, Ltd.**

APS File #: 064918-0004



ROBINA LUIS ALVES
Comm. # 1311633
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires July 1, 2005

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated

..........................................................................................................................., Plaintiff(s)

*v.*

MICRON TECHNOLOGY, INC., ET AL.

..........................................................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant: Mosel Vitelic Corporation (USA)
3910 North First Street, San Jose, CA 95134

You are hereby summoned and required to serve upon ___Peter Lagorio___ ,

plaintiff's attorney, whose address is _999 Broadway, Suite 500, Saugus, MA___ , an answer to the

complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

_____Salem_____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the  eighth
day of  March                        , in the year of our Lord two thousand  four

*Clerk*

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _March 18,_ , 20 _04_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_by personally serving Susi Lato, Administration Executive and authorized to accept service of process_

Dated: _3-22_ , 20 _04_

N.B.    TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

_March 18_ , 20 _04_.

COMMONWEALTH OF
MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated

Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)