Dawn Thompson, et. al., Plaintiff(s)
vs.
Micron Technology, Inc. et al, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Han J. Kim, President, or Officer in Charge of Business at Samsung Semiconductor, Inc.
Court Case No. 04-0423-A

GILMAN & PASTOR
Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

State of: California ) ss.
County of: Santa Clara )
Name of Server: Jack Trotheway, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the 18th day of March, 20 04, at 12:05 o'clock P M

Place of Service: at 3655 North First Street, in San Jose, CA 95134

Documents Served: the undersigned served the documents described as:
**Summons; Complaints; Requests for Production of Documents; Tracking Orders**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Han J. Kim, President, or Officer in Charge of Business at Samsung Semiconductor, Inc.**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Rosario Reyes, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is Legal Department Representative and authorized to accept service of process.

Description of Person
Receiving Documents:
The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_  3-22-04
Signature of Server    (Date)

APS International, Ltd.
APS File #: 064918-0006

Subscribed and sworn to before me this 22nd day of March, 20 04
_[signature]_ Robina Luis Alves 7/10/05
Notary Public   (Commission Expires)

ROBINA LUIS ALVES
Comm. # 1311633
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires July 1, 2005

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated
.................................................................................., Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.
.................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant: Han J. Kim, President, or Officer in Charge of Business at Samsung Semiconductor, Inc., 3655 North First Street, San Jose, CA 95134, as the agent for Samsung Electronics Co., Ltd.

You are hereby summoned and required to serve upon ____Peter A. Lagorio____, plaintiff's attorney, whose address is __999 Broadway, Suite 500, Saugus, MA__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ____Salem____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the   eighth   day of   March  , in the year of our Lord two thousand  four

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _March 18_____, 20_04_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_By personally serving Rosario Reyes, Legal Department Representative and authorized to accept service of process_

Dated: _3-22_____, 20_04_

N.B.   TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

_March 18_, 20_04_.

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated

Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)