Dawn Thompson, et. al., Plaintiff(s)
vs.
Micron Technology, Inc. et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Ken Hurley, President, or Officer in Charge of Business
at Nanya Technology Corp. USA
Court Case No. 04-0423-A

**GILMAN & PASTOR**
Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

State of: California ) ss.
County of: Santa Clara )
Name of Server: Jack Trethaway, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the 18th day of March, 20 04, at 11:40 o'clock ___M

Place of Service: at 675 E. Brokaw Road, in San Jose, CA 95112

Documents Served: the undersigned served the documents described as:
**Summons; Complaints; Requests for Production of Documents;**
**Tracking Orders**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Ken Hurley, President, or Officer in Charge of Business at Nanya Technology Corp. USA

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Ruby Shiao, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is Administration Executive and authorized to accept service of process

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 22nd day of March, 20 04

_____  3-22-04   Robina Luis Alves 07/01/05
Signature of Server        (Date)    Notary Public     (Commission Expires)

**APS International, Ltd.**
APS File #: 064918-0005

ROBINA LUIS ALVES
Comm. # 1311633
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires July 1, 2005

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated
........................................................................................................................., Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.
........................................................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant: Ken Hurley, President, or Officer in Charge of Business at Nanya Technology Corporation USA, 675 E. Brokaw Road, San Jose, CA 95112, as the agent for Nanya Technology Corporation

You are hereby summoned and required to serve upon _Peter A. Lagorio_, plaintiff's attorney, whose address is _999 Broadway, Suite 500, Saugus, MA_, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at _Salem_ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the _eighth_ day of _March_, in the year of our Lord two thousand _four_

*[signature]*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _March 18_____, 20 04, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_by personally serving Ruby Shiao, Administration Executive and authorized to accept service of process_

Dated: 3-22, 20 04

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

March 18, 2004.

---

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated

Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)