(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated ........................................., Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL. ........................................., Defendant(s)

## SUMMONS

To the above named Defendant: Winbond Electronics Corporation America
2727 North First Street, San Jose, CA 95134
C/O John Eideth, 1740 Massachusetts Ave., Boxborough, MA
(as Resident Agent)

You are hereby summoned and required to serve upon Peter Lagorio, plaintiff's attorney, whose address is 999 Broadway, Suite 500, Saugus, MA, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at _____ Salem _____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the eighth day of March, in the year of our Lord two thousand four

*[signature]*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

March 16, 2004

By virtue of this writ I have made diligent search for the within-named WINBOUND ELECTRONICS CORPORATION AMERICA and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county, I therefore return this writ without service. Dilligent Search ($15.00) Total Charges $15.00

*Ron Hanson*

_____
Deputy Sheriff

Dated: _____ , 20 __.   _____

N.B.   TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

```
┌─────────────────────────────┐
│                             │
│                    , 20   . │
│                             │
└─────────────────────────────┘
```

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 4 0423 A

DAWN THOMPSON, individually and on behalf of herself and all others similarly situated
Plaintiff(s)

v.

MICRON TECHNOLOGY, INC., ET AL.
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)