UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 MAY 21  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAWN THOMPSON,

   Plaintiff,

   v.

MICRON TECHNOLOGY, INC., MICRON
SEMICONDUCTOR PRODUCTS, INC.,
CRUCIAL TECHNOLOGY, INC., NANYA
TECHNOLOGY CORPORATION, NANYA
TECHNOLOGY CORPORATION USA,
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH
AMERICA CORPORATION, MOSEL
VITELIC CORPORATION, MOSEL VITELIC
CORPORATION USA, WINBOND
ELECTRONICS CORPORATION, WINBOND
ELECTRONICS CORPORATION AMERICA,
NEC ELECTRONICS AMERICA, INC.,
HYNIX SEMICONDUCTOR INC., HYNIX
SEMICONDUCTOR AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD,
SAMSUNG SEMICONDUCTOR, INC.,
ELPIDA MEMORY, INC., AND ELPIDA
MEMORY USA, INC.

   Defendants.

Civil Action No. 04-10778-JLT

**NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS**

Pursuant to Local Rule 81.1, Defendant Winbond Electronics Corporation America hereby files certified copies of all records and proceedings and all docket entries in

LIBA/1381688.1

Commonwealth of Massachusetts Superior Court, Essex County, Civil Action No. 04-0423-A, which was removed to this Court on April 16, 2004.

Dated: May 21, 2004

Respectfully submitted,

James S. Dittmar (BBO #126320)
Christopher T. Holding (BBO #600627)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000
*Counsel for Winbond Electronics Corporation America*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 5/21/04.

LIBA/1381688.1