IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 25  P 3:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DAWN THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., CRUCIAL TECHNOLOGY, INC., NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA, INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, MOSEL VITELIC CORPORATION, MOSEL VITELIC CORPORATION USA, WINBOND ELECTRONICS CORPORATION, WINBOND ELECTRONICS CORPORATION AMERICA, NEC ELECTRONICS AMERICA, INC., HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD, SAMSUNG SEMICONDUCTOR, INC., ELPIDA MEMORY, INC., AND ELPIDA MEMORY USA, INC. <br><br> Defendants. | Civil Action No. 04-10778-JLT |

FILING FEE PAID:
RECEIPT #_____ 5625
AMOUNT $_____ 100.00
BY DPTY CLK_____
DATE_____ 5/27/04

## ASSENTED TO MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Pursuant to Local Rule 83.5.3, Christopher T. Holding, a member of the bar of this Court, hereby moves for the admission of Robert B. Pringle and Jonathan E. Swartz, members of the bar of the State of California, to appear and practice in this Court on behalf of the defendants Elpida Memory (USA) Inc., Elpida Memory, Inc., and NEC Electronics America, Inc., for all

SF #854507 v1

purposes in the captioned matter.  The certificates of Messrs. Pringle and Swartz are attached hereto.

Dated:  May 25, 2004

Assented To:

_____ (CTA)
Daniel D. Angelo
BBO# 630321
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 021906
(781) 231-7850

_____
Christopher T. Holding
BBO# 126320
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

## CERTIFICATE OF SERVICE

I herby certify that a true copy of the above Assented to Motion for Admission to Practice Pro Hac Vice was served this 25 day of May, 2004 upon:

Daniel D. Angelo
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

_____
Christopher T. Holding