OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

June 23, 2004

U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA   02210

Re:   **MDL No. 1486 // In Re Dynamic Random Access Memory Antitrust Litigation**
Title of Case(s)
*Dawn Thompson -v- Micron Technology, Inc., et al*
Your Case Number(s)
C.A.  1:04-10778

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled MDL action to the Northern District of California, San Francisco Division, where it will be assigned to the Honorable Phyllis J. Hamilton.

Please forward the original record(s) and a certified copy of the docket entries in the case(s) listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Intake Section

Your prompt attention to this matter is greatly appreciated.

Sincerely yours,
Richard W. Wieking, Clerk

RUFINO SANTOS

By: Rufino C. Santos
Civil Section Supervisor

Encl.
cc: MDL

A CERTIFIED TRUE COPY

JUN 15 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAY 27 2004

FILED
CLERK'S OFFICE

JUN 2 1 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1486

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION*

*Dawn Thompson v. Micron Technology, Inc., et al.,* D. Massachusetts, C.A. No. 1:04-10778

## CONDITIONAL TRANSFER ORDER (CTO-2)

On October 16, 2002, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, five additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Phyllis J. Hamilton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 16, 2002, 228 F.Supp.2d 1379 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Phyllis J. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 15 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date 6/23/04